# Court of Appeals
# of the State of Georgia

ATLANTA, June 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1923. WILL STEVENSON v. BAC HOME LOANS SERVICING.**

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Will Stevenson appealed the magistrate court's decision to the state court. The state court entered judgment against Stevenson, who filed a notice of direct appeal to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Stevenson was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*